UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re: *Charmanne Yap*

Chapter **13**

Case No. **18-44952-cec**

Debtor(s)
------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

__1 Family 144-18 159th Street, Jamaica NY__
*[Identify the Property]*

__C0687__
*[Loan Number]*

__Nationstar Mortgage LLC   8950 Cypress Waters Blvd, Coppell TX 750__
*[Creditor's Name and Address]*

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: __[signature]__   Date: __Nov 28__, 20__18__

Print Name: __Charmanne Yap__
*[First and Last Name]*

Telephone Number: __347-859-9103__
*[i.e. 999-999-9999]*

E-mail Address [if any]: __Carubadadi@yahoo.com__

*RECEIVED 2018 NOV 28 P 1:17 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK*