<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor 1</td><td>Charmaine S. Yap<br>dba Jaaruba of Success, LLC</td></tr>
<tr><td>Debtor 2</td><td></td></tr>
<tr><td colspan="2">(Spouse, if filing)</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the EASTERN District of NEW YORK</td></tr>
<tr><td colspan="2">Case number 1-18-44952-cec</td></tr>
</table>

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, L.P.          **Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 1639

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---------|--------------------------------------------------|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of Claim Fee | 11/07/2018 | (5) | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Charmaine S. Yap</u>
　　　　　<u>dba Jaaruba of Success, LLC</u>

| Print Name | Middle Name | Last Name |

Case number *(if known)* <u>1-18-44952-cec</u>

---

| **Part 2:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/Francis Laryea</u>
　　Signature

Date <u>04/04/2019</u>

Print　　**<u>Francis Laryea</u>**
　　　　First Name　　　Middle Name　　Last Name

Title　　<u>Bankruptcy Attorney</u>

Company　<u>RAS Crane, LLC</u>

Address　<u>10700 Abbott's Bridge Road, Suite 170</u>
　　　　Number　　　　　Street

　　　　<u>Duluth, GA 30097</u>
　　　　City　　　　　　　　　　　State　　ZIP Code

Contact Phone　<u>470-321-7112</u>

Email　<u>flaryea@rascrane.com</u>

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on _____ April 4, 2019 _____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has
been served via CM/ECF or United States Mail to the following parties:

Barak P. Cardenas
Cardenas Islam & Associates PLLC
175-61 Hillside Avenue
Jamaica, NY 11432

Charmaine S. Yap
144-18 159th Street
Jamaica, NY 11434

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

                                        RAS Crane, LLC
                                        Authorized Agent for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                          Telephone: 470-321-7112
                                          Facsimile: 404-393-1425

                                        By: /s/ Dena Eaves _____
                                             Dena Eaves
                                             deaves@rascrane.com



**RAS Crane LLC**
<<Special.FirmStreet1>>
<<Special.FirmCity>>, GA <<Special.FirmZip>>
Ph <<Special.FirmPhone>>        Fax: <<Special.FirmFax>>

Selene Finance LP                                    Date: <<SPECIAL.TODAY>>
Attn: BK Dept.
9990 Richmond
Houston,TX                                           File #
77042                                                INV #

Attention:

RE:    CH13 BKY-POC/Plan Review

| DATE | DESCRIPTION | QTY | AMT | EXT |
|------|-------------|-----|-----|-----|
| 11/7/2018 | Referral 09/13/18 Bankruptcy Proof of Claim (recoverable BK-4108) | 1.00 | 300.00 | 300.00 |
| 11/7/2018 | Referral 09/13/18 Bankruptcy Proof of Claim- Part 5/410A (recoverable) (BK-4146) | 1.00 | 250.00 | 250.00 |

|  |  |  |
|--|--|--|
| Total Fees & Disbursements | 2.00 | 550.00 |
| Balance Now Due |  | 550.00 |

TAX ID Number: